1  G. Thomas Martin, III (SBN 218456)
   **PRICE LAW GROUP, APC**
2  15760 Ventura Blvd., Suite 1100
   Encino, CA 91436
3  Direct Dial: (818) 907-2030
   Fax: (818) 205-3730
4  tom@plglawfirm.com

5  Attorneys for Plaintiff,
   JENNY BROWN

6

7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11 JENNY BROWN,                         Case No.: 2:12-cv-05458-JAK-OP

12         Plaintiff,                   NOTICE OF SETTLEMENT

13     vs.

14 KENTWOOD LAW GROUP, and
   DOES 1 to 10, inclusive,
15
           Defendant,
16

17
       **PLEASE TAKE NOTICE** that this matter has been settled in its
18
   entirety. It is respectfully requested that all pending hearings be taken off
19
   calendar.
20
                                    RESPECTFULLY SUBMITTED,
21
       DATED: August 21, 2012        **PRICE LAW GROUP APC**
22
                                     By: /s/ G. Thomas Martin, III
23                                       G. Thomas Martin, III
                                         Attorney for Plaintiff
24

25

- 1 -

NOTICE OF SETTLEMENT