G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
JENNY BROWN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY BROWN, <br><br>        Plaintiff, <br><br>   vs. <br><br> KENTWOOD LAW GROUP; and DOES 1 to 10, inclusive, <br><br>       Defendants. | **Case No. 2:12-cv-05458-JAK-OP** <br><br> **VOLUNTARY DISMISSAL** |

## <u>VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Plaintiff JENNY BROWN (hereinafter "Plaintiff"), by and through her attorneys, PRICE LAW GROUP APC, hereby voluntarily dismisses the above-entitled case with prejudice.

Respectfully submitted,

DATED: September 20, 2012

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III, Esq.
*Counsel for Plaintiff*
*JENNY BROWN*